IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03411-KAS

PABLO VALENTIN LOPEZ DOMINGUEZ,

Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility, and
GEORGE VALDEZ, in his official capacity as Director of ICE's Denver Field Office,

Respondents.

---

**ORDER TO SHOW CAUSE**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Petitioner's **Petition for Writ of Habeas Corpus** (the "Petition") [#1]. Petitioner seeks habeas relief under 28 U.S.C. § 2241 and asserts other bases for relief. On review of the Petition [#1], the Court finds it necessary to issue an order to show cause directing Respondents to show cause why the writ should not be granted.

28 U.S.C. § 2243 provides that Respondents shall file a return to this Order to Show Cause "within three days unless for good cause additional time, not exceeding twenty days, is allowed." Accordingly,

IT IS HEREBY **ORDERED** that Respondents shall show cause **within five days from the date that Petitioner effects service** why the Petition [#1] should not be granted.

IT IS FURTHER **ORDERED** that, pursuant to D.C.COLO.LCivR 40.1(c)(4), the deadline to file the Consent/Non-Consent to United States Magistrate Judge Jurisdiction form [#5] is the same as Respondents' deadline to file a Response.

IT IS FURTHER **ORDERED,** pursuant to the All Writs Act, and in order to preserve the Court's jurisdiction, Respondents **SHALL NOT REMOVE** Petitioner from the District of Colorado or the United States unless or until this Court or the Tenth Circuit Court of Appeals vacates this Order.

Dated: July 28, 2026